

# Fourth Court of Appeals
## San Antonio, Texas

June 22, 2016

No. 04-16-00220-CR

Russell Lee **BURKE,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 33rd District Court, Llano County, Texas
Trial Court No. CR6998
Honorable Jerry Allan Garrett, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to July 20, 2016.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:    Gary W. Bunyard               Angela J. Moore
Assistant District Attorney       310 S. St. Mary's Street, Suite 1830
33rd & 424th Judicial Districts    San Antonio, TX 78205
P. O. Box 725
Llano, TX 78643